# United States Court of Appeals
## For the First Circuit

No. 20-1655

JOSÉ A. SANTANA DE LA ROSA; JOSÉ A. ALAGRÍN PABÓN,

Plaintiffs, Appellants,

v.

EDWIN SANTANA DE LA ROSA,

Defendant, Appellee.

**ERRATA SHEET**

The opinion of this Court, issued on September 25, 2024, is amended as follows:

On the cover page, replace " ALAGRÍN PABÓN" with " ALGARÍN PABÓN